Submitted September 9, affirmed October 6, petition for review denied December 23, 2021 (369 Or 110)

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

ERIC OVERGAARD,
*Defendant-Appellant.*

Washington County Circuit Court
19CR60065; A173342

496 P3d 1159

Theodore E. Sims, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Sara F. Werboff, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Carson L. Whitehead, Assistant Attorney General, filed the brief for respondent.

Before DeVore, Presiding Judge, and DeHoog, Judge, and Mooney, Judge.

PER CURIAM

Affirmed. *State v. Lobue*, 304 Or App 13, 466 P3d 83, *rev den*, 367 Or 257 (2020).